IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ANIBAL MENDEZ-HERNANDEZ,<br>Defendant. | Criminal No. 99-161 (DRD) |

### UNITED STATES' MOTION TO WITHDRAW AUSA GEORGE A. MASSUCCO AS COUNSEL OF RECORD

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and respectfully states and prays as follows:

1. On February 25, 2005 AUSA George Massucco filed a Notice of appearance for the sole purpose of filing a sealed motion on behalf of the government. Thus being done, AUSA Massucco has no further duties with respect to said case.

WHEREFORE, the United States of America respectfully requests that this Honorable Court enter an Order granting AUSA George A. Massucco leave to withdraw as Attorney of record in this case.

**USA's Motion to Withdraw AUSA George A. Massucco as counsel for record**
U.S. v. Anibal Méndez-Hernández
Criminal No. 99-161 (DRD)
Page No. 2

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 9th day of March, 2005.

    H. S. GARCIA
    United States Attorney

    /s/George A. Massucco
    George A. Massucco
    Assistant U.S. Attorney
    Room 1201, Torre Chardon Building
    350 Carlos Chardón Street
    Hato Rey, Puerto Rico  00918
    Tel: (787) 766-5656


## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on this date I electronically filed the foregoing motion to withdraw AUSA George A. Massucco as counsel of record with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

In San Juan, Puerto Rico, this 9th day of March, 2005.

    /s/George A. Massucco
    George A. Massucco
    Assistant United States Attorney